Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 18 2023

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
United States District Court Northern District of Georgia

Division

Randolph Scott

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Quinton Davie, David Bagwell, Courtney Hurd, Louie
Giglio

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

**1:23-CV-5814**

Jury Trial: *(check one)* ☒ Yes ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Randolph Scott |
| Street Address | 90 Abner Drive |
| City and County | Mcdonough. Henry |
| State and Zip Code | 30252 |
| Telephone Number | 912-202-9188 |
| E-mail Address | randolphwscott@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Ouinton Davie |
| Job or Title *(if known)* | Seuritv Director |
| Street Address | |
| Citv and Countv | |
| State and Zip Code | |
| Telephone Number | 224-420-0805 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Dave Bagwell |
| Job or Title *(if known)* | |
| Street Address | |
| Citv and Countv | |
| State and Zip Code | |
| Telephone Number | 678-756-1940 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Courtnev Hurd |
| Job or Title *(if known)* | |
| Street Address | |
| Citv and Countv | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Louie Giglio |
| Job or Title *(if known)* | Lead Pastor Passion Citv Church |
| Street Address | 515 Garson Drive NE |
| Citv and Countv | Atlanta. Fulton |
| State and Zip Code | Georgia 30324 |
| Telephone Number | 404-231-7080 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Passion City Church |
| Street Address | 515 Garson Drive NE |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia 30324 |
| Telephone Number | 404-231-7080 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☒     Termination of my employment.

☐     Failure to promote me.

☐     Failure to accommodate my disability.

☐     Unequal terms and conditions of my employment.

☒     Retaliation.

☐     Other acts *(specify)*: [                                        ]

*(Note:   Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/05/2022

C.     I believe that defendant(s) *(check one)*:

☐     is/are still committing these acts against me.

☒     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒     race

☒     color

☐     gender/sex

☐     religion

☐     national origin

☐     age *(year of birth)* [        ] *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

E.     The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

> The facts of my case are as follows. I was hired by the above-named employer on or about April 4, 2022, as a Security Specialist. During my employment I was subjected to different terms and conditions of employment by my immediate supervisor, Quinton Davie, i.e., who did not allow me to talk with my other co-worker who is African American descent for no specific reason, I was assigned more chores, and he frequently talked down and yelled at me in front of my co-workers. On or about December 5, 2022, I complained to management about discriminatory treatment from Quinton Davie. On December 6, 2022, I was terminated. When I asked why was I getting terminated ,Courtney Hurd told me because of my facial demeanor during a huddle. While I was gathering my things to leave I was bumped by Quinton Davie who told me I was getting too close. When he did this I put my hands in there air and told him not to touch me. The termination letter stated that I was insubordinate, disrepectful to my supervisor and did not follow established security protocols. While working there for the entire eight months I never received any type of employee handbook, no type of new employee training, and no evaluation of any essential responsibilities and requirements to do my job. I believe that I have been discriminated against because of my race (African American) and (non-Hispanic heritage), in violation of Title VII of the Civil Rights Act of 1964, as amended, and in retaliation for opposing unlawful employment practices, in violation of Title VII

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

> 12/16/2022

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)* 9/19/2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For the damages I request exemplary damages in the amount of $ 40,000 . I also request the court to reward me the plantiff with back pay damages, in the amount of $34,000. I also request for Passion City Church to have a copy of a handbook issued to every new employee and at least 40 hours of training on requirements for their jobs.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/18/2023

Signature of Plaintiff

Printed Name of Plaintiff   Randolph  Scott

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|  | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>410-2023-02324 |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br><br>Randolph Scott | Home Phone<br><br>(912) 202-9188 | Year of Birth<br><br>1989 |
|---|---|---|
| Street Address<br><br>90 Abner Drive<br><br>MCDONOUGH, GA 30252 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br><br>Passion City Church | No. Employees, Members<br><br>101 - 200 Employees | Phone No.<br><br>(404) 231-7080 |
|---|---|---|
| Street Address<br><br>515 Garson Drive<br><br>ATLANTA, GA 30324 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address                City, State and ZIP Code | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Race, Retaliation | 12/05/2022 | 12/06/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

THIS CHARGE WAS TIMELY RECEIVED AND PERFECTED ON DECEMBER 16, 2022. I was hired by the above-named employer on or about April 4, 2022, as a Security Specialist. During my employment I was subjected to different terms and conditions of employment by my immediate supervisor, Quinton Davie, i.e., not allowing me to talk with other co-workers for no specific reason, I was assigned more chores, and he frequently talked down and yelled at me. On or about December 5, 2022, I complained to management about discriminatory treatment against my immediate supervisor. On December 6, 2022, I was discharged.    I believe that I have been discriminated against because of my race (African American) and (non-Hispanic heritage), in violation of Title VII of the Civil Rights Act of 1964, as amended, and in retaliation for opposing unlawful employment practices, in violation of Title VII.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Randolph Scott**<br><br>**06/07/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  THIS  DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.